LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN DUUS, ESQ. (SBN 263403)
JIMMIE E. JOHNSON, ESQ. (SBN 223344)
**LEONE & ALBERTS**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Tel: (925) 974-8600
Fax: (925) 974-8601
E-Mail: lleone@leonealberts.com
bduus@leonealberts.com
jjohnson@leonealberts.com

Attorneys for Defendant
ALAMEDA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LONG,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | **Case No. 3:16-cv-06279-JST**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF FROM DECEMBER 22, 2017 TO JANUARY 22, 2018, WITHOUT AFFECTING OTHER PRETRIAL DEADLINES** |

The Court's Scheduling Order, dated August 2, 2017 [Dkt. 25] set the Fact Discovery Cut-off for December 22, 2017. Plaintiff JUDY LONG ("Pro Per Long") and Defendant ALAMEDA UNIFIED SCHOOL DISTRICT ("the District") request to extend the Fact Discovery Cut-off until January 22, 2018. No other pretrial deadlines will be affected.

The reason is to accommodate Pro Per Long's request to reschedule her deposition (originally noticed for December 22, 2017) until January 12, 2018.

Also, Pro Per Long issued subpoenas to Stanford University and the University of California, Berkeley, which the District has moved to quash, which is set for hearing on January 9, 2018, before Magistrate Judge Elizabeth D. Laporte. (See Dkt. 32, *Defendant Alameda Unified School District's Notice of Motion and Motion to Quash Subpoenas to*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF FROM DECEMBER 22, 2017 TO JANUARY 22, 2018, WITHOUT AFFECTING OTHER PRETRIAL DEADLINES
Case No.: 3:16-cv-06279-JST

1

*Nonparties Stanford University and the University of California, Berkeley Seeking Irrelevant and Privileged Documents*).

The parties have previously conferred regarding discovery, and are scheduled to engage in a face-to-face meeting on January 4, 2018, to discuss discovery in an attempt to resolve any disputes. The parties do not anticipate any further request to extend the Fact Discovery Cut-off.

**IT IS HEREBY STIPULATED TO** by Plaintiff JUDY LONG and Defendant ALAMEDA UNIFIED SCHOOL DISTRICT to extend the Fact Discovery Cut-off from December 22, 2017, until January 22, 2018. No other pretrial deadlines will be affected.

Dated: December 21, 2017          **LEONE & ALBERTS**

                                          /s/ *Brian A. Duus*
BRIAN A. DUUS, ESQ.
Attorneys for Defendant,
ALAMEDA UNIFIED SCHOOL DISTRICT

Dated: December 21, 2017          **JUDY LONG**

                                          /s/ *Judy Long*
Plaintiff, JUDY LONG
Pro Per

I, Brian A. Duus, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiff JUDY LONG concurred in this filing.

                                          /s/ *Brian A. Duus*
BRIAN A. DUUS, ESQ.

---
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF FROM DECEMBER 22, 2017 TO JANUARY 22, 2018, WITHOUT AFFECTING OTHER PRETRIAL DEADLINES      Case No.: 3:16-cv-06279-JST

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Fact Discovery Cut-off will be extended from December 22, 2017, until January 22, 2018. No other pretrial deadlines will be affected.

**IT IS SO ORDERED.**

Date: December 21, 2017

*/s/ Jon S. Tigar*
Hon. Jon S. Tigar
Judge of the United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF FROM DECEMBER 22, 2017 TO JANUARY 22, 2018, WITHOUT AFFECTING OTHER PRETRIAL DEADLINES

Case No.: 3:16-cv-06279-JST

3