LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN DUUS, ESQ. (SBN 263403)
JIMMIE E. JOHNSON, ESQ. (SBN 223344)
**LEONE & ALBERTS**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Tel: (925) 974-8600
Fax: (925) 974-8601
E-Mail: lleone@leonealberts.com
    bduus@leonealberts.com
    jjohnson@leonealberts.com

Attorneys for Defendant
ALAMEDA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LONG,<br><br>             Plaintiff,<br><br>     v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT,<br><br>             Defendant. | **Case No. 3:16-cv-06279-JST**<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT DEPOSITION OF PLAINTIFF PRO PER JUDY LONG'S RETAINED EXPERT MARC SANTMARIA AFTER EXPERT DISCOVERY CUT-OFF** |

The Court's Scheduling Order, dated August 2, 2017 [Dkt. 25] set the Expert Discovery Cut-off for February 16, 2018. Plaintiff pro per JUDY LONG ("Pro Per Long") and Defendant ALAMEDA UNIFIED SCHOOL DISTRICT ("District") request to extend the cut-off solely in respect to the deposition of Pro Per Long's retained expert Marc Santamaria, as follows.

Mr. Santamaria's deposition is to be conducted on February 28, 2018, at 11 am, at the office of counsel for the District, with any discovery motions in respect to the deposition to be filed within seven days thereafter, if necessary. No other pretrial deadlines will be affected. The reason for this stipulation is to accommodate the schedule of Mr. Santamaria.

1 | **IT IS HEREBY STIPULATED TO** by Plaintiff JUDY LONG and Defendant ALAMEDA UNIFIED SCHOOL DISTRICT that Marc Santamaria's deposition is to be conducted on February 28, 2018, at 11 am, at the office of counsel for the District, with any discovery motions in respect to the deposition to be filed within seven days thereafter, if necessary. No other pretrial deadlines will be affected.

Dated: February 22, 2018      **LEONE & ALBERTS**

  /s/ *Brian A. Duus*
BRIAN A. DUUS, ESQ.
Attorneys for Defendant,
ALAMEDA UNIFIED SCHOOL DISTRICT

Dated: February 22, 2018      **JUDY LONG**

  /s/ *Judy Long*
Plaintiff, JUDY LONG
Pro Per

I, Brian A. Duus, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiff JUDY LONG concurred in this filing.

  /s/ *Brian A. Duus*
BRIAN A. DUUS, ESQ.

//
//
//
//
//
//
//
//

---

Case No.: 3:16-cv-06279-JST

STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT DEPOSITION
OF PLAINTIFF PRO PER JUDY LONG'S RETAINED EXPERT MARC SANTMARIA
FOR AFTER EXPERT DISCOVERY CUT-OFF

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the deposition of Plaintiff pro per Judy Long's retained expert Marc Santamaria is to be conducted on February 28, 2018, at 11 am, at the office of counsel for the District, with any discovery motions in respect to the deposition to be filed within seven days thereafter, if necessary. No other pretrial deadlines will be affected.

**IT IS SO ORDERED.**

Date: February 22, 2018

Hon. Jon S. Tigar
Judge of the United States District Court
Northern District of California